Spencer A. Schneider, Esq., SBN 175071
BERMAN, BERMAN & BERMAN, LLP
11900 West Olympic Boulevard
Sixth Floor
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com

Attorneys for Defendant
WILLIAMSBURG NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUTTER INSURANCE COMPANY, A California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 3:11-cv-01150-SI<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT WILLIAMSBURG NATIONAL INSURANCE COMPANY'S MOTION TO TRANSFER** |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record herein that the hearing on defendant Williamsburg National Insurance Company's Motion to Transfer to the United States District Court for the Eastern District of California, currently set for hearing on May 6, 2011 at 9:00 a.m. in Courtroom 10, be continued to May 20, 2011 at 9:00 a.m. in Courtroom 10, to

///

///

///

coincide with the hearing on plaintiff Sutter Insurance Company's ("Sutter") recently-filed Motion to Remand Removed Action.

DATED: April 19, 2011          LAW OFFICES OF MICHAEL K. DOBRIN

By: /s/ Michael K. Dobrin
MICHAEL K. DOBRIN
Attorney for Plaintiff
SUTTER INSURANCE COMPANY


DATED: April 19, 2011          BERMAN, BERMAN & BERMAN, LLP

By: /s/ Spencer A. Schneider
SPENCER A. SCHNEIDER
Attorney for Defendant
WILLIAMSBURG NATIONAL
INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/19/11                 /s/ Susan Illston
Hon. Susan Illston
Judge, U.S. District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF LOS ANGELES       )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11900 West Olympic Boulevard, Suite 600, Los Angeles, California 90064.

      On April 19, 2011, I served the foregoing document described as **"STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF WILLIAMSBURG NATIONAL INSURANCE COMPANY'S MOTION TO TRANSFER"** on the interested parties in this action by placing a [X] true copy(ies) [ ] the original document thereof enclosed in a sealed envelope addressed as follows:

### [SEE ATTACHED SERVICE LIST]

  __X__  **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

  ____  **(BY PERSONAL SERVICE)**
     __ By personally delivering copies to the person served.
     __ I delivered such envelope by hand to the office of the addressee pursuant to *Code of Civil Procedure §1011.*
     __ I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or by local courier service.
     __ I caused such envelope to be delivered to the office of the addressee, by telecopier or facsimile machine. Proof of such delivery is attached hereto.

      STATE
  __X__  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on April 19, 2011, at Los Angeles, California.

  __MARIA S. PEREZ__         *[signature]*
  Name                                Signature

**Service List**

SUTTER INSURANCE COMPANY v. WILLIAMSBURG NATIONAL INSURANCE CO.
U.S.D.C. Case No. 3:11 cv 01150 IS

Michael K. Dobrin, Esq.
83 Scripps Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 922-4801
Facsimile: (916) 648-7447
Attorneys for Plaintiff
SUTTER INSURANCE COMPANY.